UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SCURA, RISE & PARTNERS SECURITIES, LLC,

          Plaintiff,

   -against-

GEORGE WAFER, et al.,

          Defendants.
-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-4-09

**ORDER**

09 Civ. 2482 (FM)

**FRANK MAAS,** United States Magistrate Judge.

       Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

1. No depositions shall be taken in this case without prior Court approval.

2. A further telephone conference shall be held on December 7, 2009, at 9:45 a.m. Plaintiff's counsel shall initiate the call.

      SO ORDERED.

Dated:   New York, New York
         November 4, 2009

                                         FRANK MAAS
                                United States Magistrate Judge

Copies to:

Chris Heyer, Esq.
Scura, Mealey, Wigfield & Heyer, LLP
Fax: (973) 696-8571

Jack Addesso, Esq.
Fax: (914) 699-1769